Junji Suzuki, Esq. (SBN 184738)
Shinichi Mac Nozaki, Esq. (SBN 250315)
MARSHALL SUZUKI LAW GROUP LLP
150 Spear Street Suite 725
San Francisco, CA 94105
Telephone: (415) 618-0090
Facsimile: (415) 618-0190

Attorneys for Plaintiffs, Haruko Miyata, Keigo Miyata, a Minor by his Guardian ad Litem

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| HARUKO MIYATA, Individually, KEIGO MIYATA, a Minor by his Guardian ad Litem, and HARUKO and KEIGO MIYATA, as Successors in Interest of the Estate of YASUSHI MIYATA, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA IN NICE, INC., (d.b.a. NICE AIR), and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 5:09-CV-01148-PVT<br><br>STIPULATION AND [~~PROPOSED~~ ORDER] TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br>(Assigned to The Hon. Patricia V. Trumbull)<br><br>Date: August 4, 2009<br>Time: 2:00 p.m.<br>Courtroom: 5<br>Trial Date: N/A |

Plaintiffs Haruko Miyata and Keigo Miyata, a Minor by Guardian Ad Litem by and through its counsel of record, and Defendant, California In Nice by and through its counsel of record, hereby stipulate and agree to the following:

1. A continuance of the Case Management conference currently scheduled on August 4, 2009 at 2:00 p.m., in the above-referenced Court, to August 25, 2009 at 2:00 p.m. or as soon thereafter as the Court permits.

2. The case schedule is stated as follows:

1  a.  The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan would be August 18, 2009 Federal Rule of Civil Procedure 26 (f).

2  b.  The last day to complete initial disclosure or state objection in the Rule 26 (f) Report, file/serve a Case Management Statement, and file/serve the Rule 26 (f) Report would be August 19, 2009 Federal Rule of Civil Procedure 26 (a)(a), Civil L.R. 16-9.

IT IS SO STIPULATED.

Date: 7/28/09

MARSHALL SUZUKI LAW GROUP, LLP

By: *(signature)*

Junji Suzuki
Attorney for Plaintiffs,
Haruko Miyata, Keigo Miyata, a minor by his Guardian ad Litem

///
///  Date: 7/28/09

KERN AND WOOLEY LLP

By: *(signature)*

Peter T. Kirchen
Attorneys for Defendant NICE AIR

IT IS SO ORDERED

Dated  7/29/09

*(signature)* Patricia V. Trumbull

Hon. Patricia V. Trumbull

///
///
///
///

2
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
Case No. 5:09-CV-01148-PVT