Peter T. Kirchen, Esq. (SBN 068538)
KERN AND WOOLEY LLP
11100 Santa Monica Boulevard
Los Angeles, California  90025
Telephone: (310) 824-1777
Facsimile: (310) 824-0892

Attorneys for Defendant, CALIFORNIA IN NICE, INC. dba NICE AIR

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| HARUKO MIYATA, Individually, KEIGO MIYATA, a Minor by his Guardian ad Litem, and HARUKO and KEIGO MIYATA, as Successors in Interest of the Estate of YASUSHI MIYATA, Deceased,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CALIFORNIA IN NICE, INC., (d.b.a. NICE AIR), and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO. 5:09-CV-01148-PVT<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL BY STIPULATION AND [PROPOSED] ORDER**<br><br>**[Local Rules 7-12 and 11-5]**<br><br>Action Filed:　December 17, 2008<br>Trial Date:　　　N/A |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

　　　　The Law Firm of Kern and Wooley LLP, counsel of record for defendant Nice Air, Inc. in the captioned matter, hereby gives notice of its intention to withdraw as counsel in this matter, upon approval of the Court.

　　　　New counsel for Nice Air, Inc. is attorney Randolph S. Hicks, Esq. of the law firm of Coddington Hicks & Danforth, 555 Twin Dolphin Drive, Suite 300, Pacific Dolphin Plaza, Redwood City, CA 94065-2133. Attorney Randolph Hicks will register with the court for e-filing. All counsel are requested to include Mr. Hicks and his firm for service of all matter in this case.

335923

1   All counsel of record have been notified of this Notice of Motion to Withdraw. As
2  evidenced by the signature of counsel below, the parties have no objection to the Notice to
3  Withdraw, and also hereby stipulate that an Order may be entered on shortened time, and
4  hereby waive notice requirements for a hearing on this motion.
5   Proof that this notice of motion has been served on Nice Air, Inc. is included with this
6  motion.

7  **IT IS SO STIPULATED.**

8  DATED: September 24, 2005         KERN AND WOOLEY LLP

9                                   By: /s/ Peter T. Kirchen
10                                  Peter T. Kirchen
                                    Attorneys for Defendant CALIFORNIA IN
11                                  NICE, INC. dba NICE AIR

12
13  DATED: September 24, 2009        MARSHALL – SUZUKI LAW GROUP

14                                   By: /s/ Edward S. Miyauchi
                                     Edward S. Miyauchi
15                                   Attorneys for Plaintiffs HARUKO MIYATA,
                                     Individually, KEIGO MIYATA, a Minor by
16                                   his Guardian ad Litem, and HARUKO and
                                     KEIGO MIYATA, as Successors in
17                                   Interest of the Estate of YASUSHI
                                     MIYATA, Deceased
18

19
20  DATED: September ___, 2009        CODDINGTON HICKS & DANFORTH

21                                   By: _____
                                     Randolph S. Hicks.
22                                   Attorneys for Defendant CALIFORNIA IN
                                     NICE, INC. dba NICE AIR, INC.
23

24  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

25
26  DATED: 10/6/09                   /s/ Jeremy Fogel
                                     Hon. Jeremy D. Fogel,
27                                   United States District Judge
28

1  All counsel of record have been notified of this Notice of Motion to Withdraw. As
2 evidenced by the signature of counsel below, the parties have no objection to the Notice to
3 Withdraw, and also hereby stipulate that an Order may be entered on shortened time, and
4 hereby waive notice requirements for a hearing on this motion.
5  Proof that this notice of motion has been served on Nice Air, Inc. is included with this
6 motion.

7  **IT IS SO STIPULATED.**

8 DATED: September ____, 2005                    KERN AND WOOLEY LLP

9                                                By:_____
10                                                   Peter T. Kirchen
                                                   Attorneys for Defendant CALIFORNIA IN
11                                                 NICE, INC. dba NICE AIR

12
13 DATED: September ____, 2009                   MARSHALL – SUZUKI LAW GROUP

14                                                By:_____
                                                   Edward S. Miyauchi
15                                                 Attorneys for Plaintiffs HARUKO MIYATA,
                                                   Individually, KEIGO MIYATA, a Minor by
16                                                 his Guardian ad Litem, and HARUKO and
                                                   KEIGO MIYATA, as Successors in
17                                                 Interest of the Estate of YASUSHI
18                                                 MIYATA, Deceased

19 DATED: September 25, 2009                     CODDINGTON HICKS & DANFORTH
20
                                                  By:_____
21                                                   Randolph S. Hicks.
                                                   Attorneys for Defendant CALIFORNIA IN
22                                                 NICE, INC. dba NICE AIR, INC.
23

24 **PURSUANT TO STIPULATION, IT IS SO ORDERED**
25
26 DATED: _____                     _____
                                                  Hon. Jeremy D. Fogel,
27                                                United States District Judge
28

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 11100 Santa Monica Boulevard, Los Angeles, California 90025.

On October 2, 2009, I served the following document(s) described as **NOTICE OF WITHDRAWAL OF COUNSEL** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

☒ **BY MAIL:** I am readily familiar with Kern and Wooley's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. Such document(s) were placed for collection and mailing in a sealed envelope with postage thereon fully prepaid, at Los Angeles, California on this date following ordinary business practices.

☐ **BY OVERNIGHT DELIVERY:** I caused the above-referenced document(s) to be delivered to an authorized courier, in a sealed enveloped or package designated by the overnight service courier, with fees pre-paid for next business-day delivery to the person(s) at the address(es) set forth herein.

☐ **BY TWO-DAY EXPRESS DELIVERY:** I caused the above-referenced document(s) to be delivered to an authorized courier, in a sealed enveloped or package designated by the express service courier, with fees pre-paid for delivery on the second business day to the person(s) at the address(es) set forth herein.

☐ **BY PERSONAL SERVICE:** I delivered such document(s) by hand to the person(s) at the address(es) set forth herein.

☐ **BY FACSIMILE:** By or before 5:00 p.m., I caused said document(s) to be transmitted by facsimile. The number of the sending facsimile machine was (310) 824-0892. The name and facsimile machine number of the person(s) served are set forth herein. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY ELECTRONIC MAIL TRANSMISSION:** I caused a PDF format copy of said document(s) to be transmitted via electronic mail from awalter@kernwooley.com___ to the person(s) at the e-mail address(es) set forth herein. The transmission was reported as complete and without error.

☒ **BY ELECTRONIC SUBMISSION:** per court order, I submitted said document(s) electronically to CM/ECF to be posted to the website, and notice was given to all parties that the document has been served.

335923

KERN AND WOOLEY LLP

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 5:09-CV-01148-PVT

1   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar
2   of this Court at whose direction the service was made.
3   Executed on October 2, 2009, at Los Angeles, California.
4
5
6                                                    _____
                                                     Angela K. Walter
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SERVICE LIST

*Miyata, et al. v. California in Nice, Inc.*

U.S. District Court
California Northern District (San Jose)
Case No. C09-01148

| Plaintiff | Representation |
|---|---|
| Haruko Miyata | **Edward S. Miyauchi, Esq.**<br>Junji Suzuki, Esq.<br>Shinichi M. Nozaki, Esq.<br>Marshall – Suzuki Law Group<br>150 Spear Street, Suite 725<br>San Francisco, California 94105<br>Facsimile: (415) 618-0190<br>Email: edward@marshallsuzuki.com |
| Keigo Miyata<br>*A minor by his Guardian ad Litem* | Edward S. Miyauchi, Esq.<br>Marshall – Suzuki Law Group<br>150 Spear Street, Suite 725<br>San Francisco, California 94105<br>Facsimile: (415) 618-0190 |
| Mr. Hiro Takai, Director<br>Nice Air, Inc.<br>Reid-Hillview Airport<br>2575 Robert Fowler Way<br>San Jose, California 95148 | Nice Air, Inc. |
| Randolph S. Hicks, Esq.<br>Coddington Hicks & Danforth<br>555 Twin Dolphin Drive, Suite 300<br>Redwood City, CA 94065-2133<br><br>New Counsel for Nice Air, Inc. | |

KERN AND WOOLEY LLP

335923

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 5:09-CV-01148-PVT