Richard G. Grotch, Esq. - SBN 127713
Alisha A. Beltramo, Esq. - SBN 267423
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel.  (650) 592-5400
Fax. (650) 592-5027
E-mail: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
CALIFORNIA IN NICE, INC.

*E-FILED 07-15-2010*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOSHIO KATO, individually and as surviving heirs of decedent, Yoshiyuki Kato, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>HAWKER BEECHCRAFT CORPORATION, BEECH AIRCRAFT CORPORATION, et al.,<br><br>          Defendants._____/ | No. C 09-0616 JF (HRL) |
| HARUKO MIYATA, Individually, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>CALIFORNIA IN NICE, INC., (d.b.a. NICE AIR), et al.,<br><br>          Defendants._____/ | No. C 09-1148 JF (HRL)<br><br>STIPULATED PROTECTIVE ORDER |

///

///

///

///

1       WHEREAS solely for the purpose of attempting to compromise, settle, or resolve, in whole or in part, the litigation arising out of the December 18, 2006 accident, involving a Beech D95A (U.S. Registration N144PG), defendant CALIFORNIA IN NICE, INC., d/b/a "Nice Air" (hereinafter "Nice Air") agrees to disclose to the plaintiffs in the captioned litigation, and to their counsel of record, certain financial information which Nice Air contends is confidential and proprietary (hereinafter "Protected Material"); and

      WHEREAS Nice Air makes these disclosures without prejudice to its position that the Protected Material is confidential and proprietary and without prejudice to its position as to the inadmissibility of the Protected Material in future proceedings in the litigation; and

      WHEREAS Nice Air will disclose certain Protected Material, but only in reliance upon this express agreement of the plaintiffs and their counsel of record that the disclosed Protected Material will be used solely and exclusively in connection with these related cases and solely for the purpose of attempting to settle this litigation; and

      WHEREAS plaintiffs' agreement to this limitation on the use of Protected Material is without prejudice to their rights to seek a modification of this agreement, either by stipulation or by Court order upon a showing of good cause; and

      WHEREAS when the litigation has been terminated, plaintiffs and their counsel will, within 60 days after the final termination of this action, return all Protected Material to counsel of record for Nice Air. With the permission in writing from Nice Air or its counsel of record, plaintiffs and their attorneys may destroy some or all of the Protected Material instead of returning it. Whether the Protected Material is returned or destroyed, plaintiffs and the counsel must submit a written certification to Nice Air, by the 60 day deadline, that identifies (by category, where appropriate) all the Protected Material that was returned or destroyed and that affirms that no copies, abstracts, compilations, summaries or other forms of reproducing or capturing any of the Protected Material have been retained; and

///

///

---

Stipulated Protective Order
C 09-0616 JF (HRL) / C 09-1148 JF (HRL)

CODDINGTON, HICKS & DANFORTH

1   WHEREAS unless otherwise ordered by the court or permitted in writing by Nice Air or its
2   counsel of record, plaintiffs and their counsel of record may disclose any information or item
3   designated by Nice Air as CONFIDENTIAL only to:
4      (a)   plaintiffs' Counsel of record in this action, as well as employees of said Counsel to
5   whom it is reasonably necessary to disclose the information for this litigation; and
6      (b)   plaintiffs' experts to whom disclosure is reasonably necessary for purposes of
7   attempting to compromise, settle, or resolve the litigation, in whole or in part; and
8      WHEREAS if timely corrected, an inadvertent failure to designate qualified information or
9   items as "Confidential" does not, standing alone, waive Nice Air's right to secure protection under
10  this Stipulation and Order for such material.  If material is appropriately designated as
11  "Confidential" after the material was initially produced, plaintiffs and their counsel of record, on
12  timely notification of the designation, must make reasonable efforts to assure that the material is
13  treated in accordance with the provisions of this Stipulation and Order; and
14     WHEREAS nothing in this Stipulation abridges the right of any person to seek its
15  modification by the Court in the future.
16     IT IS SO STIPULATED.

17  Dated: July 13, 2010                          THE BRANDI LAW FIRM
18                                                /s/   *Brian J. Malloy*
19                                                By:_____
20                                                Brian J. Malloy
                                                  Attorneys for Plaintiffs
                                                  Yoshio Kato and Sachiko Kato
21

22  Dated: July 13, 2010                          MARSHALL SUZUKI LAW GROUP
23
24                                                /s/   *Shinichi Mac Nozaki*
25                                                By:_____
                                                  Shinichi Mac Nozaki
                                                  Attorneys for Plaintiffs
26                                                Haruko Miyata and Keigo Miyata
27
28

2

Stipulated Protective Order
C 09-0616 JF (HRL) / C 09-1148 JF (HRL)

CODDINGTON, HICKS & DANFORTH

1  Dated: July 13, 2010                         LAW OFFICES OF SCOTT H. WECHSLER

2
                                                /s/    *Scott H. Wechsler*
3
                                                By:_____
4                                                   Scott H. Wechsler
                                                    Attorneys for Plaintiffs
5                                                   Haruko Miyata and Keigo Miyata

6

7  Dated: July 13, 2010                         CODDINGTON, HICKS & DANFORTH
8

9                                               /s/    *Richard G. Grotch*

10                                              By:_____
                                                    Richard G. Grotch (*)
11                                                  Alisha A. Beltramo
                                                    Attorneys for Defendant
12                                                  California in Nice, Inc.

13

   (*)    I hereby attest that I have on file all holograph signatures
14        for any signatures indicated by a "conformed" signature (/s/)
          within this e-filed document.
15

16
                                             **ORDER**
17
          PURSUANT TO STIPULATION, IT IS SO ORDERED.  **For a period of six months
18  after the final termination of these actions, this court will retain jurisdiction to enforce the**
    ~~Dated: March __, 2010~~  **terms of this order.**
19

20
                                                _____
21                                              Honorable Howard R. Lloyd
                                                UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28
                                                    3
   ─────────────────────────────────
   Stipulated Protective Order
   C 09-0616 JF (HRL) / C 09-1148 JF (HRL)