**E-Filed 8/17/2010**

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | | |
|---|---|---|
| HARUKO MIYATA, Individually, | ) | |
| KEIGO MIYATA, a Minor by his | ) | |
| Guardian ad Litem, and HARUKO    and | ) | |
| KEIGO MIYATA, as Successors In | ) | **NO. C 09-1148 ~~JW~~  JF** |
| Interest of the Estate of YASUSHI | ) | |
| MIYATA, Deceased, | ) | **NOTICE OF REQUEST FOR** |
| | ) | **WITHDRAWAL FOR SHINICHI** |
| Plaintiffs, | ) | **MAC NOZAKI** |
| v. | ) | |
| | ) | |
| CALIFORNIA IN NICE, INC., (d.b.a. | ) | |
| NICE AIR), and DOES 1 through 20, | ) | |
| inclusive | ) | |
| Defendants. | | |

_____

PURSUANT TO LOCAL RULES § 11-5 of the United States District Court Northern District of California, SHINICHI MAC NOZAKI hereby requests permission for withdrawal as one of attorneys of record for Plaintiffs HARUKO MIYATA and KEIGO MIYATA ("PLAINTIFFS.")

1.  I am an active bar member with the State of California (SBN 250315).

2.  I have been one of the attorneys of record from Marshall Suzuki Law Group acting for PLAINTIFFS.

3.  I hereby request that I be permitted to withdraw as attorney of record for PLAINTIFFS, as I no longer work for Marshall Suzuki Law Group.   PLAINTIFFS will be represented by other attorneys from Marshall Suzuki Law Group and Scott H. Wechsler from Law Offices of Scott Wechsler.

4.  NOTICE regarding withdrawal was given to PLAINTIFFS and Mr. Wechsler, Esq. on August 6, 2010.


DATED: August 12, 2010



By:_____s/Shinichi Mac Nozaki_____
        Shinichi Mac Nozaki


NOTICE OF REQUEST FOR WITHDRAWAL
Case No.: C 09-1148 JW

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing pleading

upon the following counsels of record via Electronic Case Filing on August 12, 2010.

Junji Suzuki, Esq. and Edward Miyauchi, Esq.

Marshall Suzuki Law Group

150 Spear Street Suite 725

San Francisco CA, 94105


Scott H. Wechsler, Esq.

Law Offices of Scott H. Wechsler

Pier 9 # 100

San Francisco CA, 94111


Brian James Malloy, Esq.

The Brandi Law Firm

354 Pine St. 3 FL

San Francisco, CA 94104


Richard G. Grotch, Esq.

Coddington Hicks & Danforth APC

555 Twin Dolphin Dr #300

Redwood City, CA 94065-2133


DATED: August 12, 2010



By:_____s/Shinichi Mac Nozaki_____

Shinichi Mac Nozaki


NOTICE OF REQUEST FOR WITHDRAWAL
Case No.: C 09-1148 JW

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | | |
|---|---|---|
| HARUKO MIYATA, Individually, | ) | |
| KEIGO MIYATA, a Minor by his | ) | |
| Guardian ad Litem, and HARUKO    and | ) | |
| KEIGO MIYATA, as Successors In | ) | **NO. C 09-1148 JW** JF |
| Interest of the Estate of YASUSHI | ) | |
| MIYATA, Deceased, | ) | [PROPOSED] **ORDER GRANTING** |
| | ) | **SHINICHI MAC NOZAKI'S** |
| Plaintiffs, | ) | **REQUEST FOR WITHDRAWAL** |
| v. | ) | |
| | ) | |
| CALIFORNIA IN NICE, INC., (d.b.a. | ) | |
| NICE AIR), and DOES 1 through 20, | ) | |
| inclusive | ) | |
| Defendants. | | |

_____

This Court, finding reasonable notice was given to PLAINTIFFS and other attorneys of record, hereby grants Shinichi Mac Nozaki's request for withdrawal as one of attorneys of record for PLAINTIFFS HARUKO MIYATA and KEIGO MIYATA, pursuant to LOCAL RULES § 11-5 of the United States District Court Northern District of California

IT IS SO ORDERED.

DATED: 8/17/2010

By:_____

Jeremy Fogel, Presiding Judge

NOTICE OF REQUEST FOR WITHDRAWAL
Case No.: C 09-1148 JW