JUNJI SUZUKI (SBN 184738)
EDWARD S. MIYAUCHI (SBN 230553)
MARSHALL SUZUKI LAW GROUP, LLP
150 Spear Street, Suite 725
San Francisco, CA 94105
Telephone: (415)618-0090
Facsimile: (415)618-0190

SCOTT H. WECHSLER (SBN 100452)
LAW OFFICES OF SCOTT H. WECHSLER
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 777-9700
Facsimile: (415) 616-5040

Attorneys for Plaintiffs,
Haruko Miyata and Keigo Miyata.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Haruko Miyata, individually, and Keigo Miyata, a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> California in Nice, Inc., <br><br> Defendant. <br>_____ | Case No. C09-1148 JF (HRL) <br><br> **APPLICATION AND [PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF KEIGO MIYATA** |

      Haruko Miyata, one the two plaintiffs in the above-entitled action, states that:

1.     Keigo Miyata, the other plaintiff herein, is a minor of the age of 10 years.

2.     Plaintiff Keigo Miyata has no general guardian, and no previous application for appointment of a guardian ad litem has been filed in this action.

_____1_____
**MIYATA v. CALIFORNIA IN NICE, INC. (Case No. C09-1148 JF (HRL))**
Application and proposed order for appointment of guardian ad litem

3. Plaintiff Haruko Miyata is the mother of Keigo Miyata fully competent and qualified to act as guardian ad litem for Keigo Miyata.

4. Plaintiff Haruko Miyata is willing and able to act as guardian ad litem for Keigo Miyata and consents to the appointment as guardian ad litem under the above application.

WHEREFORE, plaintiff Haruko Miyata moves this Court for an order appointing her as guardian ad litem for Keigo Miyata for the purpose of maintaining this action.

Dated: December 17, 2010    MARSHALL SUZUKI LAW GROUP, LLP

By: _____/S/_____
Junji Suzuki
Attorney for Plaintiffs,
Haruko Miyata and Keigo Miyata

Dated: December 17, 2010    LAW OFFICES OF SCOTT H. WECHSLER

By: _____/S/_____
Scott H. Wechsler
Attorney for Plaintiffs,
Haruko Miyata and Keigo Miyata

**Verification by Proposed Guardian Ad Litem**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 17, 2010    By: _____/S/_____
Haruko Miyata, Plaintiff

**Attestation re Conformed Signature**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

---

2

**MIYATA v. CALIFORNIA IN NICE, INC. (Case No. C09-1148 JF (HRL))**
Application and proposed order for appointment of guardian ad litem

1
2
3
4
5
6
7
...
28

**ORDER**

Good cause appearing, the foregoing application is hereby approved. IT IS ORDERED that Haruko Miyata be appointed as the guardian ad litem for Keigo Miyata.

Dated: 1/3/11                By: _____
                                 United States District Judge

---

3

**MIYATA v. CALIFORNIA IN NICE, INC. (Case No. C09-1148 JF (HRL))**
Application and proposed order for appointment of guardian ad litem