Richard G. Grotch, Esq. - SBN 127713
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel. (650) 592-5400
Fax.(650) 592-5027
E-mail: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
CALIFORNIA IN NICE, INC., d/b/a NICE AIR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFOERNIA

(San Jose Branch)

| | |
|---|---|
| HARUKO MIYATA, Individually, et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>CALIFORNIA IN NICE, INC., (d.b.a. NICE AIR), et al.,<br><br>   Defendants. | No. C 09-1148 JF (HRL)<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |

   IT IS HEREBY STIPULATED, by and between the parties to this action, through their respective attorneys of record, that this entire action be, and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

   SO STIPULATED.

Dated: March 30, 2011                            MARSHALL SUZUKI LAW GROUP, LLP


                                                 /s/ *Junji Suzuki*
                                          By:_____
                                                 Junji Suzuki
                                                 Attorneys for Plaintiffs
                                                 Haruko Miyata, et al.

///

///

Stipulation and [Proposed] Order of Dismissal

1 | Dated: April 14, 2011                          CODDINGTON, HICKS & DANFORTH

                                                  /s/ *Richard G. Grotch*

                                              By: _____
                                                  Richard G. Grotch (*)
                                                  Attorneys for Defendant
                                                  California In Nice, Inc.

(*) I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: April 29, 2011

_____
Honorable Jeremy Fogel
United States District Judge

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

2

Stipulation and [Proposed] Order of Dismissal